## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILBERT E. HACKLEY

    Petitioner,

        v.

WARDEN BLEDSOE,

    Respondent.

No. 3:08-cv-1500

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SMYSER)

## ORDER

**NOW** this _20th_ day of November, 2008, upon review of Magistrate Judge Smyser's Report and Recommendation (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 8) is **ADOPTED.**

(2)    The Petitioner's Petition for a Writ of Habeas Corpus (Doc. 1) is **DENIED.**

(3)    The Clerk of Court is ordered to mark this matter as **CLOSED.**

A. Richard Caputo
United States District Judge