IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| WILBERT E. HACKLEY, | |
|---|---|
| Petitioner, | NO. 3:08-CV-1500 |
| v. | (JUDGE CAPUTO) |
| WARDEN BLEDSOE, | |
| Respondent. | |

## ORDER

**NOW**, this 2nd day of September, 2015, upon review of the Report and Recommendation of Magistrate Judge Schwab (Doc. 34) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 34) is **ADOPTED in its entirety**.

(2) Plaintiff's motion alleging that his constitutional rights were violated by federal agents, pursuant to 28 U.S.C. § 1331[1] (Doc. 26) is **DISMISSED without prejudice** to him raising his claims regarding the denial of parole and the setting of a parole date in a habeas petition at an appropriate time.

A. Richard Caputo
United States District Judge

---

[1] A private right of action under this section for the violation of constitutional rights by federal agents was recognized by the Supreme Court in *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).